| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Vahe Khojayan SBN261996**<br>**445 S. Figueroa Street, Ste 2280**<br>**Los Angeles, CA 90071**<br>**213-401-0970 Fax: 213-529-3044**<br>**SBN261996 CA**<br>**vkhojayan@yklaw.us** | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>        **Tatevik Torosyan**<br><br><br><br><br><br><br><br><br>                                          Debtor(s). | CASE NO: **1:23-bk-10263-VK**<br><br>CHAPTER ___**11**___ <br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>**(with supporting declarations)**<br><br>DATE:<br> TIME:<br>COURTROOM:<br>PLACE: |

**Movant:** ___**Tatevik Torosyan**___

1.  NOTICE IS HEREBY GIVEN to __(Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2.  **Hearing Location:**

    ☐ **255 East Temple Street, Los Angeles, CA 90012**          ☐ **411 West Fourth Street, Santa Ana, CA 92701**
    ☒ **21041 Burbank Boulevard, Woodland Hills, CA 91367**          ☐ **1415 State Street, Santa Barbara, CA 93101**
    ☐ **3420 Twelfth Street, Riverside, CA 92501**

3.  a.    ☐    This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1.  If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 1                              **F 4001-1.IMPOSE.STAY.MOTION**

before the above hearing and appear at the hearing of this motion.

b. ☒ This motion is being heard on SHORTENED NOTICE.  If you wish to oppose this motion, you must appear at the hearing.  Any written response or evidence must be filed and served: ☐ at the hearing  ☐ at least ___ days before the hearing.

   (1) ☐ An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

   (3) ☒ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending.  Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4.  You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5.  If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date:  **March 10, 2023**

**YK LAW, LLP**
Printed name of law firm (if applicable)

**Vahe Khojayan SBN261996**
Printed name of individual Movant or attorney for Movant

**/s/ Vahe Khojayan**
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 2                          **F 4001-1.IMPOSE.STAY.MOTION**

## MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:**    __Tatevik Torosyan__

1. **The Property or Debt at Issue:**
   a. ☒ Movant moves for an order imposing a stay with respect to the following property (Property):
      ☐ Vehicle *(describe year, manufacturer, type, and model)*:
      Vehicle Identification Number:
      Location of vehicle *(if known)*:

      ☐ Equipment *(describe manufacturer, type, and characteristics)*:
      Serial number(s):

      Location *(if known)*:

      ☐ Other Personal Property *(describe type, identifying information, and location)*:

      ☒ Real Property
      Street Address: **6554 Ethel Ave,**
      Apt./Suite No.:
      City, State, Zip Code:  **North Hollywood, CA  91606**
      Legal description or document recording number(include county of recording):
      **Lot 11 of Tract No. 15956, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in book 353, pages 3 through 6 inclusive of maps, in the office of the County Recorder of Said County Except Therefrom All Minerals, Oils, Gas, Asphaltum and Other Hydrocarbon Substances Now or Hereafter in and Under Said land or Which may be Produced Therefrom and All Rights in Relation Thereto, Including The Right to Extract same by Any means But With No Rights of Entry Upon Said Land, Excepting Below a Depth of 500 Feet.
      APN 2356-015-011**

      Real Property
      Street Address: **Vacant Lots with APN Nos. 642-211-025, 642-211-026 in Riverside County, CA**.
      Apt./Suite No.:
      City, State, Zip Code:  **Desert Hot Spring, CA  92240**
      Legal description or document recording number(include county of recording):
      **Lots 222 and 223 of Miracle Heights Unit No. 1 in the City of Desert Hot Springs, County of Riverside, State of California as Shown by map on file in Book 29, pages 57 to 59 inclusive of Maps, records of Riverside, California. APN Nos. 642-211-025 642-211-026**

      ☐ See attached continuation page

The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) __to secure the sum of approximately $__ now owed. (Secured Creditor/Lessor).  Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached.  (*Attach additional sheets as necessary*)

b.  ☐  Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken                 concerning the debt/lease owed to the _Secured Creditors/Lessors_ as described in this motion; and/or

c.  ☒  Movant moves for an order **imposing a stay** as to _all creditors._

d.  ☐  Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the               estate taken concerning the debt/lease owed to the _Secured Creditor/Lessor_, and/or

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                  Page 3                  **F 4001-1.IMPOSE.STAY.MOTION**

e.  ☒  Movant moves for an order **continuing the automatic stay** <u>as to *all creditors*</u>.

2.  **Case History:**
  a.  ☒ A voluntary  ☐ An involuntary petition concerning an individual[s] under chapter  ☐ 7  ☒ 11  ☐ 12
      ☐ 13 was filed concerning the present case on *(specify date)*:  March 3, 2023

  b.  ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on *(specify date)*:

  c.  ☐ Plan was confirmed on *(specify date)*:

  d.  ☐ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case.  These cases and the reasons for dismissal are:

      1.  Case name: In re Tatevik Torosyan
          Case number:  1:23-bk-10149-MB        Chapter: 13
          Date Filed: 02/03/2023                Date dismissed:02/22/2023
          Relief from stay re this Property     ☐ was    ☒ was not granted
          Reason for dismissal: Non filing of schedules

          **This case was filed without Debtor's authorization.  Debtor was unaware of this case until she retained counsel to file the underlying chapter 11 bankruptcy case.  She never authorized anyone to file the case on her behalf and did not sign the case initiating documents.**

      2.  Case name: in re Tatevik Torosyan
          Case number:    1:23-bk-10262-MB      Chapter: 13
          Date Filed:  03/03/2023               Date dismissed: noy yet dismissed.
          Relief from stay re this Property     ☐ was    ☒ was not granted
          Reason for dismissal: The case is not yet dismissed.
          **Like the previous case this case was not filed by the Debtor.  Debtor did not authorize the filing of this case.  In fact. This case was seemingly filed minutes before the underlying chapter 11 case was filed, while Debtor was on the phone with counsel as counsel was filing her chapter 11 case.**

      ☐ See attached continuation page

  e.  ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2).  If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

  f.  ☐ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was __ and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2).  The extended date *(if applicable)* is __.

  g.  ☐ In a previous case(s), as of the date of dismissal there was:
      ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
      ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3.  The equity in the property is calculated as follows:

a)  1.  Property description/value: **6554 Ethel Ave, North Hollywood, CA 91606**          $ **2,500,000.00**
    2.  Creditor/Lien amount: **Katalyn Hunyadi Mayer, et. al.**                            $ **2,021,882.00**
    3.  Creditor/Lien amount: __                                                            $ __
    4.  Creditor/Lien amount: __                                                            $ __
    5.  Creditor/Lien amount: __                                                            $ __
    6.  Total Liens                                                                         $ **2,021,882.00**
    7.  Debtor's Homestead Exemption                                                        $ **0.00**
    8.  Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)          $ **478,118.00**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 4                    **F 4001-1.IMPOSE.STAY.MOTION**

b)  1.  Property description/value: **vacant Lots in Desert Hot Springs**  $ **150,000.00**
     2.  Creditor/Lien amount: **TNN Blue Sky Trust**  $ **73,000.00**
     3.  Creditor/Lien amount:  $
     4.  Creditor/Lien amount:  $
     5.  Creditor/Lien amount:  $
     6.  Total Liens  $ **73,000.00**
     7.  Debtor's Homestead Exemption  $ **0.00**
     8.  Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)  $ **77,000.00**

☐ See attached continuation page

4.  **Grounds for Continuing the Stay:**

a.  ☒ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

  1.  ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

    A.  ☒ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);
    B.  ☒ Good faith is shown because **Debtor neither filed nor authorized the filing of the prior two cases**. **It was not debtor's signature that appears on these bankruptcy schedules and statements. Debtor only filed the instant chapter 11 case after properly completing the required credit counseling course and retaining counsel. Debtor was actually on the phone with current counsel filing the chapter 11 case, while the apparently concurrently filed chapter 13 was also filed.**

    ☐ See attached continuation page

  2.  ☒ The Property is of consequential value or benefit to the estate because:

    A.  ☒ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property);*.

    B.  ☒ The Property is necessary to a reorganization for the following reasons: **Debtor intends to reorganize the debts securing the property and/or sell the Properties.**

    ☐ See attached continuation page

    C.  ☒ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) **By adequate equity cushion, insurance and maintenance of the Property.**

    ☐ See attached continuation page

  3.  ☒ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

    A.  ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);
    B.  ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;
    C.  ☒ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because **Debtor never filed the underlying cases and this case is the first actual case that was filed by the Debtor.**

    ☐ See attached continuation page

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 5        **F 4001-1.IMPOSE.STAY.MOTION**

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

   ☐ See attached continuation  page

E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

   ☐ See attached continuation page

F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

   From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

   ☐ See attached continuation page

G. ☐ For the following additional reasons __

   ☐ See attached continuation page

4. ☒ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because **Debtor's prior filings were not authorized bankruptcy filings.  Debtor never signed or filed the bankruptcy documents, never authorized anyone to do so**.  **In effect, they were not bankruptcies filed by the Debtor.**

   ☐ See attached continuation page

5. **Grounds for Imposing a Stay:**
   a. ☒ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:
      1. ☒ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

      2. ☒ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons:   **Debtor intends to sell the property.  To be able to do so, debtor will need to perform certain repairs on the property as the property seemed to have been vandalized. The property is estimated to be valued at 2,500,000, once it is repaired.**

         ☐ See attached continuation page

      3. ☒ The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*: **By adequate equity cushion, insurance and maintenance of the Property.**

         ☐ See attached continuation page

   b. ☒ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

      1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

      2. ☐ Good faith is shown because __

         ☐ See attached continuation page

   c. ☒ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 6                     **F 4001-1.IMPOSE.STAY.MOTION**

1.  ☐  Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: __

☐ See attached continuation page

2.  ☐  Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3.  ☐  Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because **Debtor's prior filings were not authorized bankruptcy filings.  Debtor never signed or filed the bankruptcy documents, never authorized anyone to do so**.  **In effect, they were not bankruptcies filed by the Debtor.**

☐ See attached continuation page

4.  ☐  Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

☐ See attached continuation page

5.  ☐  There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior     case(s) as follows: __

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

☐ See attached continuation page

6.  ☐  For the following additional reasons __

☐ See attached continuation page

7.  ☐  The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __

☐ See attached continuation page

6.  **Evidence in Support of Motion:**  *(Important Note:  Declaration(s) in support of the Motion MUST be attached hereto).*

a.  ☒  Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.
b.  ☐  Other Declaration(s) are also attached in support of this Motion
c.  ☐  Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules.  Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.
d.  ☐  Other evidence *(specify)*: __

7.  ☐  **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following *(specify forms of relief requested)*:**

1.  ☒  That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 7                     **F 4001-1.IMPOSE.STAY.MOTION**

2. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☒ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☒ That a Stay be imposed as to all creditors until further order of the court..

5. ☒ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☒ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* __

8. ☐ For other relief requested, see attached continuation page.

Date: **March 10, 2023**

Respectfully submitted,
**Tatevik Torosyan**
Movant Name
**YK LAW, LLP**
Firm Name of attorney for Movant (if applicable)

**/s/ Vahe Khojayan**
Signature
**Vahe Khojayan SBN261996**
Printed Name of Individual Movant or Attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 8          **F 4001-1.IMPOSE.STAY.MOTION**

## DECLARATION OF TATEVIK TOROSYAN

I __Tatevik Torosyan__ , declare:

I am a person over the age of eighteen and the Debtor in this case.  I make this declaration in support of my MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE.  I have personal knowledge of the facts stated herein and if called as a witness could and would competently testify to the accuracy of these facts.

1. I filed the instant chapter 11 case on March 3, 2023.  Prior to filing of the case I hired and met with my counsel Vahe Khojayan of YK Law, LLP and discussed the case with him.
2. I have not filed any other bankruptcy cases in the past, and have not authorized anyone else to file any bankruptcy cases on my behalf.
3. In fact, the first time I discovered that there had been a prior case filed purportedly in my name was during my meeting with my current counsel.
4. Prior to filing of the case I completed credit counseling course with my counsel and was issued a certificate at 10:12 AM.  After I was issued the certificate I was on the phone with my counsel Vahe Khojayan as he was filing the instant case.
5. I did not file a prior case purportedly file by me and assigned case number 22-10149.  I was not even aware of that case until I met my counsel to sign my current bankruptcy documents.
6. I did not file the other case filed in my name and assigned case number 23-10262.  At the time that case was filed (apparently at 10:05AM) I was in fact completing telephonic credit counseling to prepare for filing of this case.
7. I only discovered the previously 23-10262 case on Friday March 10, 2023 when my counsel informed me of it.
8. I filed this case to be able to sell my property located at 6554 Ethel Ave, North Hollywood, CA 91606 ("Ethel Property").
9. I purchased the property in April of 2022 from a person named Sirak Minasyan.  When I fell behind on the payments to Secured Creditor on the property Sirak Minasyan offered to help me sell the property, and negotiate with the secured creditors.
10. Shortly before I filed my petition I discovered that the property was actually listed for sale.  I never authorized the listing of the property for sale.  It was especially surprising because the property was listed for short sale at a very low and unrealistic price of under $900,000. Again, I never authorized such listing and such price.
11. I visited the property thereafter and discovered that some items and appliances have been removed to make the property look dilapidated in the listing pictures.
12. In my opinion as the homeowner, and based on the comparable sales and the size of the property that property is worth $2,500,000.  The secured creditor  Katalyn Hunyadi Mayer, et. al. are owed $2,021,882.00.
13. My goal in bankruptcy is to renovate the property
14.  I also own two vacant lots in Desert Hot Springs with APN numbers 642-211-025 and 642-211-026.  These lost combined are worth $150,000 in my opinion.  Secured Creditor TNN Blue Sky Trust is owed $73,000.00.
15. I have read the foregoing motion consisting of __8__ pages, and the attached materials incorporated therein by reference

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| __March 13, 2023__ | __Tatevik Torosyan__ | |
|---|---|---|
| *Date* | *Printed name of declarant* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 9                          **F 4001-1.IMPOSE.STAY.MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**445 S. Figueroa Street, Ste 2280**
**Los Angeles, CA 90071**

A true and correct copy of the foregoing document entitled (*specify*):  __**Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate**__   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __**03/13/2023**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)**

**russell.clementson@usdoj.gov**

**Vahe Khojayan on behalf of Debtor Tatevik Torosyan**

**vkhojayan@yklaw.us**

**United States Trustee (SV)**

**ustpregion16.wh.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On __**03/13/2023**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 10, 2023 | Tina Chenorjoukian | /s/ Tina Chenorjoukian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 10                    **F 4001-1.IMPOSE.STAY.MOTION**

Bmw Financial Services
Attn: Bankruptcy/Correspondence
Po Box 3608
Dublin, OH 43016

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Curacao
1605 West Olympic Boulevard
Suite 700
Los Angeles, CA 90015

Katalyn Hunyadi Mayer, et. al.
Po Box 6875
Santa Rosa, CA 95406

Redwood Default Services
PO Box 6875
Santa Rosa, CA 95406

Sallie Mae, Inc
Attn:  Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773

Telecom Self-reported
Po Box 4500
Allen, TX 75013

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 11                    **F 4001-1.IMPOSE.STAY.MOTION**