Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Vahe Khojayan SBN261996**
**445 S. Figueroa Street, Ste 2280**
**Los Angeles, CA 90071**
**213-401-0970 Fax:  213-529-3044**
**SBN261996 CA**
**vkhojayan@yklaw.us**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Tatevik Torosyan**

CASE NO.: **1:23-bk-10263-MB**

CHAPTER: **11**

Debtor(s).

### DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE
[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing Required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☐ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  **March 16, 2023**

**Tatevik Torosyan**
Printed name of Debtor 1

Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1002-1.EMP.INCOME.DEC**

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____          _____          _____
                                        Printed name of Debtor 2            Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                         Page 2                         **F 1002-1.EMP.INCOME.DEC**

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement **\* DUPLICATE \*** | Direct Deposit 99136927 |
|---|---|---|

| Recipient | TEREZA H | | ID 1410936 | |
|---|---|---|---|---|
| Payee/Provider | Tatevik Torosyan | | ID 001571355 | |

| | | | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Service Period: | 01/01/2023 to 01/15/2023 | | Federal | $ 0.00 | $ 0.00 |
| Timesheet # | 4150017856 | | State | $ 0.00 | $ 0.00 |
| Process Date: | 01/18/2023 | | FICA | $ 61.38 | $ 108.05 |
| Pay Rate: | $16.50 | | Medicare | $ 14.35 | $ 25.27 |
| Hours Submitted | H 60 | M 00 | SDI/DIEC | $ 8.91 | $ 15.69 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 60 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | | | |
| Sick Leave Hours | H | M | Dues | $ 0.00 | $ 45.00 |

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| Regular* | $ 990.00 | $ 1,731.87 | COPE/PEOPLE | $ 0.00 | $ 10.00 |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 10.93 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 990.00** | **$ 1,742.80** | | | |
| **Net Pay** | **$ 905.36** | **$ 1,538.79** | **Total Deductions** | **$ 84.64** | **$ 204.01** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| | IHSS Earnings Statement<br>**\* DUPLICATE \*** | Warrant Number<br>73372396 |
|---|---|---|

| Recipient | TEREZA H | | ID  1410936 | | |
|---|---|---|---|---|---|
| Payee/Provider | Tatevik Torosyan | | ID  001571355 | | |

| Service Period: | 01/16/2023  to 01/31/2023 | | **Deductions** | **Current** | **YTD** |
|---|---|---|---|---|---|
| Timesheet # | 4151219408 | | Federal | $ 0.00 | $ 0.00 |
| | | | State | $ 0.00 | $ 0.00 |
| Process Date: | 02/03/2023 | | FICA | $ 47.44 | $ 155.49 |
| Pay Rate: | $16.50 | | Medicare | $ 11.09 | $ 36.36 |
| Hours Submitted | H  46 | M  22 | SDI/DIEC | $ 6.88 | $ 22.57 |
| Hours Not Paid | H  00 | M  00 | | | |
| Total Hours Paid | H  46 | M  22 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H  00 | M  00 | | | |
| Sick Leave Hours | H | M | Dues | $ 45.00 | $ 90.00 |

| | **Current** | **YTD** | | | |
|---|---|---|---|---|---|
| Regular* | $ 765.05 | $ 2,496.92 | COPE/PEOPLE | $ 10.00 | $ 20.00 |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 10.93 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 765.05** | **$ 2,507.85** | | | |
| **Net Pay** | **$ 644.64** | **$ 2,183.43** | **Total Deductions** | **$ 120.41** | **$ 324.42** |

*Includes Overtime Hours at regular rate.  Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement **\* DUPLICATE \*** | Direct Deposit 99635699 |
|---|---|---|

| Recipient | TEREZA H | | ID 1410936 |
|---|---|---|---|
| Payee/Provider | Tatevik Torosyan | | ID 001571355 |

| Service Period: | 02/01/2023 to 02/15/2023 | | **Deductions** | **Current** | **YTD** |
|---|---|---|---|---|---|
| Timesheet # | 4152339974 | | Federal | $ 0.00 | $ 0.00 |
| | | | State | $ 0.00 | $ 0.00 |
| Process Date: | 02/21/2023 | | FICA | $ 64.45 | $ 219.94 |
| Pay Rate: | $16.50 | | Medicare | $ 15.08 | $ 51.44 |
| Hours Submitted | H 56 | M 00 | SDI/DIEC | $ 9.36 | $ 31.93 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 56 | M 00 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 14 | M 00 | | | |
| Sick Leave Hours | H | M | Dues | $ 0.00 | $ 90.00 |

| | **Current** | **YTD** | | | |
|---|---|---|---|---|---|
| Regular* | $ 924.00 | $ 3,420.92 | COPE/PEOPLE | $ 0.00 | $ 20.00 |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 115.50 | $ 126.43 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 1,039.50** | **$ 3,547.35** | | | |
| **Net Pay** | **$ 950.61** | **$ 3,134.04** | **Total Deductions** | **$ 88.89** | **$ 413.31** |

*Includes Overtime Hours at regular rate.  Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement **\* DUPLICATE \*** | Direct Deposit 99405123 |
|---|---|---|

| Recipient | TEREZA H | | ID 1410936 |
|---|---|---|---|
| Payee/Provider | Tatevik Torosyan | | ID 001571355 |

| | | | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Service Period: | 02/16/2023 to 02/28/2023 | | Federal | $ 0.00 | $ 0.00 |
| Timesheet # | 4153484142 | | State | $ 0.00 | $ 0.00 |
| Process Date: | 03/02/2023 | | FICA | $ 61.10 | $ 281.04 |
| Pay Rate: | $16.50 | | Medicare | $ 14.29 | $ 65.73 |
| Hours Submitted | H 50 | M 22 | SDI/DIEC | $ 8.87 | $ 40.80 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 50 | M 22 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 18 | M 44 | | | |
| Sick Leave Hours | H | M | Dues | $ 0.00 | $ 90.00 |

| | Current | YTD | | | |
|---|---|---|---|---|---|
| Regular* | $ 831.05 | $ 4,251.97 | COPE/PEOPLE | $ 0.00 | $ 20.00 |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 154.55 | $ 280.98 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 985.60** | **$ 4,532.95** | | | |
| **Net Pay** | **$ 901.34** | **$ 4,035.38** | **Total Deductions** | **$ 84.26** | **$ 497.57** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement **\* DUPLICATE \*** | Direct Deposit 99136924 |
|---|---|---|

| Recipient | ARA T | | ID 1430935 |
|---|---|---|---|
| Payee/Provider | Tatevik Torosyan | | ID 001571355 |

| Service Period: | 01/01/2023 to 01/15/2023 |
|---|---|
| Timesheet # | 4150406033 |
| Process Date: | 01/18/2023 |
| Pay Rate: | $16.50 |

| | | |
|---|---|---|
| Hours Submitted | H 50 | M 00 |
| Hours Not Paid | H 00 | M 00 |
| Total Hours Paid | H 50 | M 00 |
| Travel Hours | H | M |
| Overtime Hours | H 22 | M 00 |
| Sick Leave Hours | H | M |

| Deductions | Current | YTD |
|---|---|---|
| Federal | $ 0.00 | $ 0.00 |
| State | $ 0.00 | $ 0.00 |
| FICA | $ 62.40 | $ 113.54 |
| Medicare | $ 14.59 | $ 26.55 |
| SDI/DIEC | $ 9.06 | $ 16.48 |

| | Current | YTD |
|---|---|---|
| Regular* | $ 825.00 | $ 1,582.87 |
| Adjustment | $ 0.00 | $ 0.00 |
| Travel | $ 0.00 | $ 0.00 |
| Overtime | $ 181.50 | $ 248.43 |
| Sick Leave | $ 0.00 | $ 0.00 |
| **Total Gross** | **$ 1,006.50** | **$ 1,831.30** |
| **Net Pay** | **$ 920.45** | **$ 1,674.73** |

| | Current | YTD |
|---|---|---|
| **Total Deductions** | **$ 86.05** | **$ 156.57** |

*Includes Overtime Hours at regular rate.  Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement<br>**\* DUPLICATE \*** | Warrant Number<br>73372397 |
|---|---|---|

| Recipient | ARA T | | ID  1430935 |
|---|---|---|---|
| Payee/Provider | Tatevik Torosyan | | ID  001571355 |

| Service Period: | 01/16/2023  to 01/31/2023 |
|---|---|
| Timesheet # | 4151610452 |
| Process Date: | 02/03/2023 |
| Pay Rate: | $16.50 |

| | | |
|---|---|---|
| Hours Submitted | H  42 | M  22 |
| Hours Not Paid | H  00 | M  00 |
| Total Hours Paid | H  42 | M  22 |
| Travel Hours | H | M |
| Overtime Hours | H  02 | M  00 |
| Sick Leave Hours | H | M |

| Deductions | Current | YTD |
|---|---|---|
| Federal | $ 0.00 | $ 0.00 |
| State | $ 0.00 | $ 0.00 |
| FICA | $ 44.36 | $ 157.90 |
| Medicare | $ 10.38 | $ 36.93 |
| SDI/DIEC | $ 6.44 | $ 22.92 |

| | Current | YTD |
|---|---|---|
| Regular* | $ 699.05 | $ 2,281.92 |
| Adjustment | $ 0.00 | $ 0.00 |
| Travel | $ 0.00 | $ 0.00 |
| Overtime | $ 16.50 | $ 264.93 |
| Sick Leave | $ 0.00 | $ 0.00 |
| **Total Gross** | **$ 715.55** | **$ 2,546.85** |
| **Net Pay** | **$ 654.37** | **$ 2,329.10** |

| | Current | YTD |
|---|---|---|
| **Total Deductions** | **$ 61.18** | **$ 217.75** |

*Includes Overtime Hours at regular rate.  Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement **\* DUPLICATE \*** | Direct Deposit 99635700 |
|---|---|---|

| Recipient | ARA T | | ID 1430935 |
|---|---|---|---|
| Payee/Provider | Tatevik Torosyan | | ID 001571355 |

| Service Period: | 02/01/2023 to 02/15/2023 |
|---|---|
| Timesheet # | 4152733394 |
| Process Date: | 02/21/2023 |
| Pay Rate: | $16.50 |

| | H | M |
|---|---|---|
| Hours Submitted | H 45 | M 00 |
| Hours Not Paid | H 00 | M 00 |
| Total Hours Paid | H 45 | M 00 |
| Travel Hours | H | M |
| Overtime Hours | H 00 | M 00 |
| Sick Leave Hours | H | M |

| Deductions | Current | YTD |
|---|---|---|
| Federal | $ 0.00 | $ 0.00 |
| State | $ 0.00 | $ 0.00 |
| FICA | $ 46.04 | $ 203.94 |
| Medicare | $ 10.77 | $ 47.70 |
| SDI/DIEC | $ 6.68 | $ 29.60 |

| | Current | YTD |
|---|---|---|
| Regular* | $ 742.50 | $ 3,024.42 |
| Adjustment | $ 0.00 | $ 0.00 |
| Travel | $ 0.00 | $ 0.00 |
| Overtime | $ 0.00 | $ 264.93 |
| Sick Leave | $ 0.00 | $ 0.00 |
| **Total Gross** | **$ 742.50** | **$ 3,289.35** |
| **Net Pay** | **$ 679.01** | **$ 3,008.11** |

| | Current | YTD |
|---|---|---|
| **Total Deductions** | **$ 63.49** | **$ 281.24** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.

| IHSS IN-HOME SUPPORTIVE SERVICES | IHSS Earnings Statement<br>**\* DUPLICATE \*** | Direct Deposit<br>99405124 |
|---|---|---|

| Recipient | ARA T | | ID 1430935 |
|---|---|---|---|
| Payee/Provider | Tatevik Torosyan | | ID 001571355 |

| | | | Deductions | Current | YTD |
|---|---|---|---|---|---|
| Service Period: | 02/16/2023 to 02/28/2023 | | Federal | $ 0.00 | $ 0.00 |
| Timesheet # | 4153872085 | | State | $ 0.00 | $ 0.00 |
| Process Date: | 03/02/2023 | | FICA | $ 48.46 | $ 252.40 |
| Pay Rate: | $16.50 | | Medicare | $ 11.33 | $ 59.03 |
| Hours Submitted | H 47 | M 22 | SDI/DIEC | $ 7.04 | $ 36.64 |
| Hours Not Paid | H 00 | M 00 | | | |
| Total Hours Paid | H 47 | M 22 | | | |
| Travel Hours | H | M | | | |
| Overtime Hours | H 00 | M 00 | | | |
| Sick Leave Hours | H | M | Dues | $ 45.00 | $ 45.00 |

| | Current | YTD | | | |
|---|---|---|---|---|---|
| Regular* | $ 781.55 | $ 3,805.97 | COPE/PEOPLE | $ 10.00 | $ 10.00 |
| Adjustment | $ 0.00 | $ 0.00 | | | |
| Travel | $ 0.00 | $ 0.00 | | | |
| Overtime | $ 0.00 | $ 264.93 | | | |
| Sick Leave | $ 0.00 | $ 0.00 | | | |
| **Total Gross** | **$ 781.55** | **$ 4,070.90** | | | |
| **Net Pay** | **$ 659.72** | **$ 3,667.83** | **Total Deductions** | **$ 121.83** | **$ 403.07** |

*Includes Overtime Hours at regular rate. Please contact your local County Office for Payment Questions.